**Order entered June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00455-CR

**CHLOE A. MENAGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-00143-X**

## ORDER

The Court **GRANTS** court reporter Cherie Williams's June 17, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Williams to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
        JUSTICE